## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| **MID VERMONT CHRISTIAN SCHOOL**, on behalf of itself and its students and its students' parents; **A.G.** and **M.G.**, by and through their parents and natural guardians, Chris and Bethany Goodwin; **CHRISTOPHER GOODWIN**, individually; and **BETHANY GOODWIN**, individually, | Case No. 2:23-cv-00652 <br><br> **NOTICE OF APPEAL** |
| Plaintiffs, | |
| v. | |
| **ZOIE SAUNDERS**, in her official capacity as Interim Secretary of the Vermont Agency of Education; **JENNIFER DECK SAMUELSON**, in her official capacity as Chair of the Vermont State Board of Education; **CHRISTINE BOURNE**, in her official capacity as Windsor Southeast Supervisory Union Superintendent; **HEARTLAND SCHOOL BOARD**; **RANDALL GAWEL**, in his official capacity as Orange East Supervisory Union Superintendent; **WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD**; and **JAY NICHOLS**, in his official capacity as the Executive Director of The Vermont Principals' Association, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the Order on Motion for Preliminary Injunction (ECF No. 57) entered on June 11, 2024, denying Plaintiffs' motion for a preliminary injunction.

Respectfully submitted this 21st day of June, 2024.

By: *s/ Ryan J. Tucker*

Michael J. Tierney
VT Bar No. 5275
Gretchen M. Wade
NH Bar No. 273726
WADLEIGH, STARR & PETERS, P.L.L.C.
95 Market Street
Manchester, NH 03101
Telephone: (603) 669-4140
Fax: (603) 669-6018
mtierney@wadleighlaw.com
gwade@wadleighlaw.com

Ryan J. Tucker*
AZ Bar No. 034382
David Cortman
AZ Bar No. 29490
Katherine Anderson*
AZ Bar No. 033104
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
rtucker@adflegal.org
dcortman@adflegal.org
kanderson@adflegal.org

Jacob Reed*
VA Bar No. 97181
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jreed@ADFlegal.org

*Attorneys for Plaintiffs*
**Admitted pro hac vice*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of Court and all counsel of record will be served via the Court's CM/ECF system.

*s/ Ryan J. Tucker*
Ryan J. Tucker
*Counsel for Plaintiffs*

ENE0

# U.S. District Court
## District of Vermont (Burlington)
## CIVIL DOCKET FOR CASE #: 2:23–cv–00652–gwc

Mid Vermont Christian School et al v. Bouchey et al
Assigned to: Chief Judge Geoffrey W. Crawford
Cause: 42:1983 Civil Rights Act

Date Filed: 11/21/2023
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Mid Vermont Christian School**
*on behalf of itself and its students and its*
*students' parents*

represented by **Ryan J. Tucker , Esq.**
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260
(480) 444–0020
Fax: (480) 444–0028
Email: rtucker@ADFlegal.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Cortman , Esq.**
Alliance Defense Fund
1000 Hurrican Shoals Rd NE, Suite D1000
Lawrenceville, GA 30043
(770) 339–0774
Fax: (770) 339–6744
Email: dcortman@adflegal.org
*ATTORNEY TO BE NOTICED*

**Gretchen M. Wade , Esq.**
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101
603–206–7262
Email: gwade@wadleighlaw.com
*ATTORNEY TO BE NOTICED*

**Jacob E. Reed , Esq.**
Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, VA 20176
571–707–4718
Email: jreed@adflegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Anderson , Esq.**
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260
480–444–0020
Fax: 480–444–0028
Email: kanderson@adflegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Tierney , Esq.**
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101
(603) 669–4140

Fax: (603) 669–6018
Email: mtierney@wadleighlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. G.**
*by and through their parents and natural guardians, Chris and Bethany Goodwin*

represented by **Ryan J. Tucker , Esq.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen M. Wade , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob E. Reed , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Anderson , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Tierney , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. G.**
*by and through their parents and natural guardians, Chris and Bethany Goodwin*

represented by **Ryan J. Tucker , Esq.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen M. Wade , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob E. Reed , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Anderson , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Tierney , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Goodwin**
*individually*

    represented by    **Ryan J. Tucker , Esq.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen M. Wade , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob E. Reed , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Anderson , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Tierney , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bethany Goodwin**
*individually*

    represented by    **Ryan J. Tucker , Esq.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen M. Wade , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob E. Reed , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Anderson , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Tierney , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**T. S.**
*by and through their parents and natural*
*guardians, Nathaniel and Dawna Slarve*
*TERMINATED: 06/21/2024*

    represented by    **Ryan J. Tucker , Esq.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen M. Wade , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob E. Reed , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Anderson , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Tierney , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. S.**
*by and through their parents and natural*
*guardians, Nathaniel and Dawna Slarve*
*TERMINATED: 06/21/2024*

represented by    **Ryan J. Tucker , Esq.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen M. Wade , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob E. Reed , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Anderson , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Tierney , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathaniel Slarve**
*individually*
*TERMINATED: 06/21/2024*

represented by    **Ryan J. Tucker , Esq.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen M. Wade , Esq.**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jacob E. Reed , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Anderson , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Tierney , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawna Slarve**                      represented by     **Ryan J. Tucker , Esq.**
*individually*                                           (See above for address)
*TERMINATED: 06/21/2024*                                 *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **David A. Cortman , Esq.**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gretchen M. Wade , Esq.**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jacob E. Reed , Esq.**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Katherine L. Anderson , Esq.**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael J. Tierney , Esq.**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Heather Bouchey**                   represented by     **Jonathan T. Rose , Esq.**
*in her official capacity as Interim*                    Office of the Attorney General
*Secretary of the Vermont Agency of*                     109 State Street
*Education*                                              Montpelier, VT 05609
                                                         802−793−1646
                                                         Email: jonathan.rose@vermont.gov
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kate T. Gallagher**
                                                         Office of the Attorney General
                                                         109 State Street
                                                         Montpelier, VT 05609−1001
                                                         802−828−1300
                                                         Email: kate.gallagher@vermont.gov
                                                         *TERMINATED: 02/23/2024*

Patrick T. Gaudet , Esq.
Vermont Attorney General's Office
HC 2 North
280 State Drive
Waterbury, VT 05671–2080
(802) 241–0207
Email: patrick.gaudet@vermont.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Deck Samuelson**                represented by   **Jonathan T. Rose , Esq.**
*in her official capacity as Chair of the*                  (See above for address)
*Vermont State Board of Education*                          *ATTORNEY TO BE NOTICED*

                                                           **Kate T. Gallagher**
                                                           (See above for address)
                                                           *TERMINATED: 02/23/2024*

                                                           **Patrick T. Gaudet , Esq.**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Christine Bourne**                       represented by   **Pietro J. Lynn , Esq.**
*in her official capacity as Windsor*                       Lynn, Lynn, Blackman & Manitsky, P.C.
*Southeast Supervisory Union*                               76 St. Paul Street, Suite 400
*Superintendent*                                            Burlington, VT 05401
                                                           (802) 860–1500
                                                           Fax: (802) 860–1580
                                                           Email: plynn@lynnlawvt.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sean Toohey , Esq.**
                                                           Lynn, Lynn, Blackman & Manitsky, P.C.
                                                           76 St. Paul Street, Suite 400
                                                           Burlington, VT 05401
                                                           (802) 860–1500
                                                           Fax: (802) 860–1580
                                                           Email: stoohey@lynnlawvt.com
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Hartland School Board**                  represented by   **Pietro J. Lynn , Esq.**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sean Toohey , Esq.**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Randall Gawel**                          represented by   **Pietro J. Lynn , Esq.**
*in his official capacity as Orange East*                   (See above for address)
*Supervisory Union Superintendent*                         *ATTORNEY TO BE NOTICED*

                                                           **Sean Toohey , Esq.**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

                                           represented by

**Waits River Valley (Unified #36 Elementary) School Board**

**Pietro J. Lynn , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Toohey , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Jay Nichols**
*in his official capacity as the Executive Director of The Vermont Principals' Association*

represented by **Steven J. Zakrzewski , Esq.**
Gordon Rees Scully Mansukhani, LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033
(860) 494–7511
Fax: (860) 560–0185
Email: szakrzewski@grsm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2023 | <u>1</u> | COMPLAINT against Heather Bouchey, Christine Bourne, Randall Gawel, Hartland School Board, Jay Nichols, Jennifer Deck Samuelson, Waits River Valley (Unified #36 Elementary) School Board filed by T. S., Christopher Goodwin, Dawna Slarve, Mid Vermont Christian School, K. S., A. G., Bethany Goodwin, Nathaniel Slarve, M. G.. Summons issued. LR 73 Forms issued. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Civil Cover Sheet)(drg) (Entered: 11/21/2023) |
| 11/21/2023 | <u>2</u> | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Mid Vermont Christian School (drg) (Entered: 11/21/2023) |
| 11/21/2023 | <u>3</u> | MOTION for Appearance Pro Hac Vice of Katherine L. Anderson, Esq. filed by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve (Attachments: # <u>1</u> Declaration of Katherine Anderson, # <u>2</u> Certificates of Good Standing)(jh) (Entered: 11/22/2023) |
| 11/21/2023 | <u>4</u> | MOTION for Appearance Pro Hac Vice of Jacob E. Reed, Esq. filed by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve (Attachments: # <u>1</u> Declaration of Jacob Reed (Unsigned), # <u>2</u> Certificate of Good Standing)(jh) (Entered: 11/22/2023) |
| 11/21/2023 | <u>5</u> | MOTION for Appearance Pro Hac Vice of Ryan Tucker, Esq. filed by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve (Attachments: # <u>1</u> Declaration of Ryan Tucker, # <u>2</u> Certificates of Good Standing)(jh) (Entered: 11/22/2023) |
| 11/28/2023 | 6 | ORDER granting <u>3</u> Motion for Admission Pro Hac Vice of Katherine L. Anderson, Esq.; granting <u>4</u> Motion for Admission Pro Hac Vice of Jacob E. Reed, Esq.; granting <u>5</u> Motion for Admission Pro Hac Vice of Ryan Tucker, Esq. Signed by Judge Kevin J. Doyle on 11/28/2023. (This is a text–only Order.) (drg) (Entered: 11/28/2023) |
| 12/12/2023 | <u>7</u> | WAIVER OF SERVICE Returned Executed: Heather Bouchey waiver sent on 11/27/2023, answer due 1/26/2024.(Tierney, Michael) (Entered: 12/12/2023) |
| 12/12/2023 | <u>8</u> | WAIVER OF SERVICE Returned Executed: Jennifer Deck Samuelson waiver sent on 11/27/2023, answer due 1/26/2024.(Tierney, Michael) (Entered: 12/12/2023) |
| 12/12/2023 | <u>9</u> | WAIVER OF SERVICE Returned Executed: Waits River Valley (Unified #36 Elementary) School Board waiver sent on 11/30/2023, answer due 1/29/2024.(Tierney, Michael) (Entered: 12/12/2023) |
| 12/12/2023 | <u>10</u> | WAIVER OF SERVICE Returned Executed: Randall Gawel waiver sent on 11/30/2023, answer due 1/29/2024.(Tierney, Michael) (Entered: 12/12/2023) |
| 12/12/2023 | <u>11</u> | WAIVER OF SERVICE Returned Executed: Hartland School Board waiver sent on 11/30/2023, answer due 1/29/2024.(Tierney, Michael) (Entered: 12/12/2023) |

| 12/12/2023 | 12 | WAIVER OF SERVICE Returned Executed: Christine Bourne waiver sent on 11/30/2023, answer due 1/29/2024.(Tierney, Michael) (Entered: 12/12/2023) |
|---|---|---|
| 12/12/2023 | 13 | WAIVER OF SERVICE Returned Executed: Jay Nichols waiver sent on 11/30/2023, answer due 1/29/2024.(Tierney, Michael) (Entered: 12/12/2023) |
| 12/19/2023 | 14 | MOTION for Preliminary Injunction filed by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve (Attachments: # 1 Memorandum in Support, # 2 Index of Exhibits, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Declaration of Vicky Fogg, # 16 Declaration of Nathaniel and Dawna Slarve, # 17 Declaration of Christopher Goodwin, # 18 Declaration of Bethany Goodwin)(Tucker, Ryan) (Entered: 12/19/2023) |
| 12/19/2023 | 15 | ORDER: On or before 12/28/2023, Plaintiffs shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c). Signed by Judge Kevin J. Doyle on 12/19/2023. (drg) (Entered: 12/19/2023) |
| 12/20/2023 | 16 | CONSENT to Direct Assignment by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve (Tucker, Ryan) (Entered: 12/20/2023) |
| 12/29/2023 | 17 | NOTICE OF APPEARANCE by Kate T. Gallagher on behalf of Heather Bouchey, Jennifer Deck Samuelson.(Gallagher, Kate) (Entered: 12/29/2023) |
| 12/29/2023 | 18 | CONSENT to Direct Assignment by Heather Bouchey, Jennifer Deck Samuelson (Gallagher, Kate) (Entered: 12/29/2023) |
| 12/30/2023 | 19 | MOTION for Extension of Time to File Response/Reply as to 14 MOTION for Preliminary Injunction filed by Heather Bouchey, Jennifer Deck Samuelson(Gallagher, Kate) (Entered: 12/30/2023) |
| 01/02/2024 | 20 | NOTICE OF APPEARANCE by Pietro J. Lynn, Esq on behalf of Christine Bourne, Randall Gawel, Hartland School Board, Waits River Valley (Unified #36 Elementary) School Board.(Lynn, Pietro) (Entered: 01/02/2024) |
| 01/02/2024 | 21 | NOTICE OF APPEARANCE by Sean Toohey, Esq on behalf of Christine Bourne, Randall Gawel, Hartland School Board, Waits River Valley (Unified #36 Elementary) School Board.(Toohey, Sean) (Entered: 01/02/2024) |
| 01/02/2024 | 22 | OBJECTION to Direct Assignment by Christine Bourne, Randall Gawel, Hartland School Board, Waits River Valley (Unified #36 Elementary) School Board (Lynn, Pietro) (Entered: 01/02/2024) |
| 01/02/2024 | 23 | CASE Reassigned to Chief Judge Geoffrey W. Crawford. Judge Kevin J. Doyle no longer assigned to the case. (drg) (Entered: 01/02/2024) |
| 01/02/2024 | 24 | RESPONSE to 19 MOTION for Extension of Time to File Response/Reply as to 14 MOTION for Preliminary Injunction filed by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve. (Tucker, Ryan) (Entered: 01/02/2024) |
| 01/04/2024 | 25 | STIPULATED MOTION for Extension of Time to File Answer re 1 Complaint filed by Heather Bouchey, Jennifer Deck Samuelson(Gallagher, Kate) (Entered: 01/04/2024) |
| 01/29/2024 | 26 | RESPONSE in Opposition re 14 MOTION for Preliminary Injunction filed by Heather Bouchey, Jennifer Deck Samuelson. (Attachments: # 1 Declaration of Samuelson, # 2 Declaration of Bouchey, # 3 Exhibit A, # 4 Exhibit B)(Gallagher, Kate) (Entered: 01/29/2024) |
| 01/31/2024 | 27 | RESPONSE in Opposition re 14 MOTION for Preliminary Injunction filed by Christine Bourne, Randall Gawel, Hartland School Board, Waits River Valley (Unified #36 Elementary) School Board. (Lynn, Pietro) (Entered: 01/31/2024) |
| 01/31/2024 | 28 | MOTION to Dismiss Case for Lack of Jurisdiction filed by Christine Bourne, Randall Gawel, Hartland School Board, Waits River Valley (Unified #36 Elementary) School Board (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 |

| | | |
|---|---|---|
| | | Exhibit E, # 6 Exhibit F) (Lynn, Pietro) Modified on 2/1/2024 to clarify attachments (sjl). (Entered: 01/31/2024) |
| 01/31/2024 | 29 | NOTICE OF APPEARANCE by Steven J. Zakrzewski, Esq on behalf of Jay Nichols.(Zakrzewski, Steven) (Entered: 01/31/2024) |
| 01/31/2024 | 30 | MEMORANDUM in Opposition re: 14 MOTION for Preliminary Injunction by Jay Nichols (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Zakrzewski, Steven) (Attachment 5 replaced on 2/1/2024) (sjl). (Entered: 01/31/2024) |
| 02/01/2024 | 31 | ORDER granting 19 MOTION for Extension of Time to File Response/Reply as to 14 MOTION for Preliminary Injunction. Response due January 31, 2024; Reply due February 21,2024. Signed by Chief Judge Geoffrey W. Crawford on 2/1/2024. (This is a text–only Order.) (jal) (Entered: 02/01/2024) |
| 02/01/2024 | 32 | ORDER granting 25 MOTION for Extension of Time to Answer re 1 Complaint; Heather Bouchey and Jennifer Deck Samuelson answers due February 15, 2024. Signed by Chief Judge Geoffrey W. Crawford on 2/1/2024. (This is a text–only Order.) (jal) (Entered: 02/01/2024) |
| 02/01/2024 | 33 | NOTICE OF APPEARANCE by Patrick T. Gaudet, Esq on behalf of Heather Bouchey, Jennifer Deck Samuelson.(Gaudet, Patrick) (Entered: 02/01/2024) |
| 02/01/2024 | 34 | NOTICE OF DOCKET ENTRY CORRECTION re: 30 Memorandum in Opposition re: 14 Motion for Preliminary Injunction filed by Jay Nichols. Exhibit E has been replaced to correct illegible PDF headers. The corrected document is now attached to 30 and this entry. (sjl) (Entered: 02/01/2024) |
| 02/01/2024 | 35 | STIPULATED MOTION for Extension of Time to File Answer *Nunc Pro Tunc* re 1 Complaint filed by Jay Nichols(Zakrzewski, Steven) Modified on 2/2/2024 to clarify text (sjl). (Entered: 02/01/2024) |
| 02/02/2024 | 36 | ORDER granting 35 MOTION for Extension of Time to Answer re 1 Complaint; Jay Nichols answer due February 15, 2024. Signed by Chief Judge Geoffrey W. Crawford on 2/2/2024. (This is a text–only Order.) (jal) (Entered: 02/02/2024) |
| 02/06/2024 | 37 | MOTION for Extension of Time to File Response/Reply as to 28 MOTION to Dismiss Case for Lack of Jurisdiction *and to File a Single 20–Page Reply in Support of Motion for Preliminary Injunction* filed by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve(Reed, Jacob) (Entered: 02/06/2024) |
| 02/07/2024 | 38 | ORDER granting 37 MOTION for Extension of Time to File Response/Reply as to 28 MOTION to Dismiss Case for Lack of Jurisdiction and to File a Single 20–Page Reply in Support of Motion for Preliminary Injunction. The court will schedule a single hearing on the motions for preliminary injunction and to dismiss after briefing is complete on both motions. Signed by Chief Judge Geoffrey W. Crawford on 2/7/2024. (This is a text–only Order.) (jal) (Entered: 02/07/2024) |
| 02/15/2024 | 39 | MOTION to Dismiss Case for Lack of Jurisdiction filed by Heather Bouchey, Jennifer Deck Samuelson (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Gallagher, Kate) (Attachments 1–4 replaced on 2/16/2024) (sjl). (Entered: 02/15/2024) |
| 02/15/2024 | 40 | MOTION to Dismiss 1 Complaint filed by Jay Nichols (Zakrzewski, Steven) Modified on 2/16/2024 to clarify text and link entries (sjl). (Entered: 02/15/2024) |
| 02/16/2024 | 41 | NOTICE OF DOCKET ENTRY CORRECTION re: 39 MOTION to Dismiss Case for Lack of Jurisdiction filed by Heather Bouchey, Jennifer Deck Samuelson. Exhibits A–D have been replaced to correct illegible PDF headers. The corrected documents are now attached to 39 and this entry. (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D) (sjl) (Entered: 02/16/2024) |
| 02/21/2024 | 42 | REPLY to Response to 14 MOTION for Preliminary Injunction filed by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Declaration of Vicky Fogg, # 5 Declaration of Christopher |

| | | Goodwin)(Tucker, Ryan) (Entered: 02/21/2024) |
|---|---|---|
| 02/23/2024 | 43 | NOTICE of Attorney Substitution by Jonathan T. Rose, Esq as to Heather Bouchey, Jennifer Deck Samuelson(Rose, Jonathan) (Entered: 02/23/2024) |
| 03/04/2024 | 44 | NOTICE of Hearing re: 14 MOTION for Preliminary Injunction, 28 & 39 MOTION to Dismiss Case for Lack of Jurisdiction, and 40 MOTION to Dismiss 1 Complaint. Motion Hearing set for 4/19/2024 at 9:30 AM in Burlington Courtroom 110 before Chief Judge Geoffrey W. Crawford. (eh) (Entered: 03/04/2024) |
| 03/15/2024 | 45 | RESPONSE in Opposition re 28 MOTION to Dismiss Case for Lack of Jurisdiction , 39 MOTION to Dismiss Case for Lack of Jurisdiction , 40 MOTION to Dismiss 1 Complaint filed by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reed, Jacob) (Entered: 03/15/2024) |
| 03/28/2024 | 46 | STIPULATED MOTION for Extension of Time to File Response/Reply as to 39 MOTION to Dismiss Case for Lack of Jurisdiction filed by Heather Bouchey, Jennifer Deck Samuelson(Rose, Jonathan) (Entered: 03/28/2024) |
| 03/29/2024 | 47 | REPLY to Response to 28 MOTION to Dismiss Case for Lack of Jurisdiction filed by Christine Bourne, Randall Gawel, Hartland School Board, Waits River Valley (Unified #36 Elementary) School Board. (Lynn, Pietro) (Entered: 03/29/2024) |
| 03/29/2024 | 48 | ORDER granting 46 MOTION for Extension of Time to File Response/Reply as to 39 MOTION to Dismiss Case for Lack of Jurisdiction. Time extended to April 5, 2024. Signed by Chief Judge Geoffrey W. Crawford on 3/29/2024. (This is a text–only Order.) (jal) (Entered: 03/29/2024) |
| 03/29/2024 | 49 | REPLY to Response to 40 MOTION to Dismiss 1 Complaint filed by Jay Nichols. (Zakrzewski, Steven) Modified on 4/1/2024 to clarify text (sjl). (Entered: 03/29/2024) |
| 04/05/2024 | 50 | REPLY to Response to 39 MOTION to Dismiss Case for Lack of Jurisdiction filed by Heather Bouchey, Jennifer Deck Samuelson. (Attachments: # 1 Index of Exhibits, # 2 Supplemental Declaration of Samuelson, # 3 Exhibit A, # 4 Supplemental Declaration of Bouchey, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit 1)(Rose, Jonathan) (Attachment 2 replaced to re–size document and docket text clarified on 4/9/2024) (eh). (Entered: 04/05/2024) |
| 04/19/2024 | 51 | MINUTE ENTRY for proceedings held before Chief Judge Geoffrey W. Crawford: Motion Hearing held on 4/19/2024 re 14 MOTION for Preliminary Injunction, 28 MOTION to Dismiss Case for Lack of Jurisdiction, 39 MOTION to Dismiss Case for Lack of Jurisdiction, and 40 MOTION to Dismiss 1 Complaint. R. Tucker, Esq., D. Cortman, Esq., J. Reed, Esq., and M. Tierney, Esq. present for plaintiffs. J. Rose, Esq. and P. Gaudet, Esq. present for defendants Heather Bouchey and Jennifer Deck Samuelson. P. Lynn, Esq. present for defendants Christine Bourne, Hartland School Board, Randall Gawel, and Waits River Valley (Unified #36 Elementary) School Board. S. Zakrzewski, Esq. present for defendant Jay Nichols. Court makes inquiries and counsel make statements. ORDERED: 14 MOTION for Preliminary Injunction, 28 MOTION to Dismiss Case for Lack of Jurisdiction, 39 MOTION to Dismiss Case for Lack of Jurisdiction, and 40 MOTION to Dismiss 1 Complaint are taken under advisement. (Court Reporter: Johanna Masse) (eh) (Entered: 04/19/2024) |
| 04/23/2024 | 52 | NOTICE of Request to Defendant Nichols by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve (Attachments: # 1 Exhibit 1)(Tucker, Ryan) (Entered: 04/23/2024) |
| 05/02/2024 | 53 | NOTICE Nichols' Response to Plaintiff's Counsel's 52 NOTICE of Request to Defendant Nichols by Jay Nichols (Attachments: # 1 Exhibit 1) (Zakrzewski, Steven) Modified on 5/6/2024 to clarify text/link entries (sjl). (Entered: 05/02/2024) |
| 05/06/2024 | 54 | NOTICE of Reply re 53 by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School, K. S., T. S., Dawna Slarve, Nathaniel Slarve (Attachments: # 1 Exhibit 1) (Tucker, Ryan) Modified on 5/6/2024 to link entries (sjl). (Entered: 05/06/2024) |
| 05/16/2024 | 55 | RESPONSE Objection to Plaintiffs' Letter Request for Preliminary Injunction re 54 NOTICE of Reply re 53 by Jay Nichols. (Zakrzewski, Steven) Modified on 5/16/2024 |

| | | |
|---|---|---|
| | | to clarify text (sjl). (Entered: 05/16/2024) |
| 05/28/2024 | 56 | TRANSCRIPT of Motions Hearing held on 4/19/2024 before Judge Geoffrey W. Crawford. Court Reporter/Transcriber Johanna Masse, telephone number 802–951–8102. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/21/2024. Redacted Transcript Deadline set for 7/1/2024. Release of Transcript Restriction set for 8/29/2024. (sjl) Modified on 5/28/2024 to correct text (sjl). (Entered: 05/28/2024) |
| 06/11/2024 | 57 | ORDER denying 14 Motion for Preliminary Injunction. The court will rule separately on the pending motions to dismiss. Signed by Chief Judge Geoffrey W. Crawford on 6/11/2024. (sjl) (Entered: 06/11/2024) |
| 06/21/2024 | 58 | NOTICE of Dismissal *of Plaintiffs T.S., K.S., Nathaniel Slarve, and Dawna Slarve* by K. S., T. S., Dawna Slarve, Nathaniel Slarve (Attachments: # 1 Declaration of Dawna Slarve)(Tucker, Ryan) (Entered: 06/21/2024) |
| 06/21/2024 | 59 | NOTICE OF APPEAL as to 57 Order on 14 Motion for Preliminary Injunction by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School. (Filing fee $ 605 receipt number BVTDC–1937316) (Tucker, Ryan) (Entered: 06/21/2024) |
| 06/21/2024 | 60 | MOTION For Injunction Pending Appeal filed by A. G., M. G., Bethany Goodwin, Christopher Goodwin, Mid Vermont Christian School (Attachments: # 1 Memorandum in Support, # 2 Declaration of Christopher Goodwin)(Tucker, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | 61 | ORDER: re 60 MOTION For Injunction Pending Appeal: Response due July 3, 2024; Reply due July 10, 2024. Signed by Chief Judge Geoffrey W. Crawford on 6/24/2024.(This is a text–only Order.) (jal) (Entered: 06/24/2024) |
| 06/24/2024 | 62 | NOTICE of Hearing re: 60 MOTION For Injunction Pending Appeal . Motion Hearing set for 7/12/2024 at 2:00 PM in Burlington Courtroom 110 before Chief Judge Geoffrey W. Crawford. (eh) (Entered: 06/24/2024) |