# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT**

| CASE TITLE | | |
|---|---|---|
| Mid Vermont Christian School, et al. v. Bouchey, et al. | **DISTRICT** <br> Vermont | **DOCKET NUMBER** <br> 2:23-cv-652 |
| | **JUDGE** <br> Geoffrey W. Crawford | **APPELLANT** <br> Mid Vermont Christian School |
| | **COURT REPORTER** <br> Johanna Masse | **COUNSEL FOR APPELLANT** <br> Ryan J. Tucker |

**Check the applicable provision:**

☐ **I am ordering a transcript.**

☑ **I am not ordering a transcript.**

**Reason for not ordering a transcript:**

☑ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

Motions transcript dated April 19, 2024

**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

☐ **PREPARE TRANSCRIPT OF TRIAL**

☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**

☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE <br> Ryan J. Tucker | DATE <br> July 5, 2024 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017