# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| MID VERMONT CHRISTIAN SCHOOL, on behalf of itself and its students and its students' parents; A.G. and M.G., by and through their parents and natural guardians, Christopher and Bethany Goodwin; CHRISTOPHER GOODWIN, individually; BETHANY GOODWIN, individually, | No. 24-1704 |

      Plaintiffs-Appellants,

 v.

ZOIE SAUNDERS, in her official capacity as Secretary of the Vermont Agency of Education; JENNIFER DECK SAMUELSON, in her official capacity as Chair of the Vermont State Board of Education; CHRISTINE BOURNE, in her official capacity as Windsor Southeast Supervisory Union Superintendent; HARTLAND SCHOOL BOARD; RANDALL GAWEL, in his official capacity as Orange East Supervisory Union Superintendent; WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD; and JAY NICHOLS, in his official capacity as the Executive Director of The Vermont Principals' Association,

      Defendants-Appellees.

## APPELLANTS' SCHEDULING NOTIFICATION

Under Local Rule 31.2(a)(1), Appellants request that their brief and appendix be accepted for filing no later than August 16, 2024. This date is within 91 days after the ready date.

Dated: July 19, 2024

Respectfully submitted,

*s/ Ryan J. Tucker*
RYAN J. TUCKER
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rtucker@ADFlegal.org

*Attorney for Appellants*

## Certificate of Service

I hereby certify that on July 19, 2024, a copy of this Scheduling Notification was filed electronically with the Clerk of the Second Circuit Court of Appeals. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

*s/ Ryan J. Tucker*
Ryan J. Tucker
Attorney for Appellants
