# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand twenty-four,

Mid Vermont Christian School, on behalf of itself and its students and its students' parents, A. G., by and through their parents and natural guardians, Chris and Bethany Goodwin, M. G., by and through their parents and natural guardians, Chris and Bethany Goodwin, Christopher Goodwin, individually, Bethany Goodwin, individually,

    Plaintiffs - Appellants,

T. S., by and through their parents and natural guardians, Nathaniel and Dawna Slarve, K. S., by and through their parents and natural guardians, Nathaniel and Dawna Slarve, Nathaniel Slarve, individually, Dawna Slarve, individually,

    Plaintiffs,

  v.

Heather Bouchey, in her official capacity as Interim Secretary of the Vermont Agency of Education, Jennifer Deck Samuelson, in her official capacity as Chair of the Vermont State Board of Education, Christine Bourne, in her official capacity as Windsor Southeast Supervisory Union Superintendent, Hartland School Board, Randall Gawel, in his official capacity as Orange East Supervisory Union Superintendent, Waits River Valley (Unified #36 Elementary) School Board, Jay Nichols, in his official capacity as the Executive Director of The Vermont Principals' Association,

    Defendants - Appellees.

**ORDER**
Docket No. 24-1704

Counsel for APPELLANTS has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 16, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before August 16, 2024.The appeal is dismissed effective August 16, 2024 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court