UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1704

**Caption [use short title]**

**Motion for:** Motion for Extension of Time to File Opening Brief

Mid Vermont Christian School, et al. v. Zoie Saunders, et al.

Set forth below precise, complete statement of relief sought:

Appellants request an extension of 14 days to file their opening brief, until August 30, 2024.

**MOVING PARTY:** Mid Vermont Christian School, et al.
**OPPOSING PARTY:** Zoie Saunders, et al.

☒ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Christopher P. Schandevel
**OPPOSING ATTORNEY:** Jonathan Rose

[name of attorney, with firm, address, phone number and e-mail]

Alliance Defending Freedom
44180 Riverside Pkwy, Lansdowne, VA 20176
(571) 707-4655  cschandevel@adflegal.org

Office of the Vermont Attorney General
109 State Street, 3rd Floor, Montpelier, VT 05609
(802) 793-1646  jonathan.rose@vermont.gov

**Court- Judge/ Agency appealed from:** District of Vermont - Judge Geoffrey W. Crawford

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
s/ Christopher P. Schandevel  **Date:** August 13, 2024  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| MID VERMONT CHRISTIAN SCHOOL, on behalf of itself and its students and its students' parents; A.G. and M.G., by and through their parents and natural guardians, Chris and Bethany Goodwin; CHRISTOPHER GOODWIN, individually; BETHANY GOODWIN, individually,<br><br>        Plaintiffs-Appellants,<br><br>  v.<br><br>ZOIE SAUNDERS, in her official capacity as Secretary of the Vermont Agency of Education; JENNIFER DECK SAMUELSON, in her official capacity as Chair of the Vermont State Board of Education; CHRISTINE BOURNE, in her official capacity as Windsor Southeast Supervisory Union Superintendent; HARTLAND SCHOOL BOARD; RANDALL GAWEL, in his official capacity as Orange East Supervisory Union Superintendent; WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD; and JAY NICHOLS, in his official capacity as the Executive Director of The Vermont Principals' Association,<br><br>        Defendants-Appellees. | No. 24-1704 |

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

    Appellants respectfully request an additional 14 days in which to file their opening brief. The current deadline for filing their opening

brief is August 16, 2024, and the requested extension will result in a filing date of August 30, 2024. In Appellants' Scheduling Notification, the date selected for the opening brief deadline was only 42 days from the ready date of July 5, 2024. So the requested new deadline will still be well within 91 days of the ready date pursuant to Circuit Rule 31.2.

Undersigned counsel has been working with Appellees' counsel to compile the joint appendix, but that process has not yet been finalized. Additionally, there was a recent hearing on July 29, 2024, in the district court, and that transcript was just received from the court reporter on August 9, 2024.

Undersigned counsel also was not counsel of record in the district court, so counsel has had to spend a considerable amount of time reviewing the relevant portions of the district court record, which totals close to 1,000 pages.

As a result of the amount of time that review has required, combined with the time all counsel spent briefing the motions for injunctions pending appeal in the district court and in this Court, and the pendency of other competing deadlines, counsel have determined that they require additional time to draft and file their opening brief.

Under Circuit Rule 27.1(b), counsel for Appellants notified Appellees' counsel of their intent to move for a two-week extension. Counsel for Appellees Saunders and Samuelson stated they consent to the Court granting a two-week extension. Counsel for the School

1

Appellees stated they have no objection to a two-week extension. And counsel for Appellee Jay Nichols at the Vermont Principals' Association stated he also does not object to a two-week extension.

For the above-mentioned reasons, Appellants request an extension of 14 days in which to file their opening brief or until August 30, 2024.

Dated: August 13, 2024

Respectfully submitted,

*s/ Christopher P. Schandevel*

| | |
|---|---|
| Ryan J. Tucker<br>David Cortman<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>rtucker@adflegal.org<br>dcortman@adflegal.org | Christopher P. Schandevel<br>Jacob Reed<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>(571) 707-4655<br>cschandevel@ADFlegal.org<br>jreed@ADFlegal.org<br><br>John J. Bursch<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(616) 450-4235<br>jbursch@ADFlegal.org<br><br>*Counsel for Appellants* |

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 321 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 360 in 14-point Century Schoolbook font.

Dated: August 13, 2024

*s/ Christopher P. Schandevel*
Christopher P. Schandevel
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

 I hereby certify that on August 13, 2024, a copy of this Motion was filed electronically with the Clerk of the Second Circuit Court of Appeals. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

           *s/ Christopher P. Schandevel*
           Christopher P. Schandevel
           *Counsel for Appellants*