# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-four.

Before:  José A. Cabranes,
  *Circuit Judge.*

---

Mid Vermont Christian School, et al.,

    Plaintiffs - Appellants,

v.

Heather Bouchey, in her official capacity as Interim Secretary of the Vermont Agency of Education, et al.,

    Defendants - Appellees.

---

**ORDER**

Docket No. 24-1704

Appellants move for a 14-day extension until August 30, 2024 to file the opening brief.

IT IS HEREBY ORDERED that the motion is GRANTED, absent opposition.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court